IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GRAHAM LUNDEEN, on behalf of himself and similarly situated employees, <br> Plaintiff, <br> v. <br><br> 10 WEST FERRY STREET OPERATIONS LLC (d.b.a. Logan Inn), <br> Defendant. | CIVIL ACTION <br><br> No. 2:24-cv-00109-JDW |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AND OTHER RELATED RELIEF**

Graham Lundeen ("Plaintiff") files this motion seeking ***preliminary***  approval of the settlement of this "hybrid" class/collective action lawsuit, which alleges 10 West Ferry Street Operations LLC ("Defendant") violated the minimum wage provisions of the Fair Labor Standards Act ("FLSA") and the Pennsylvania Minimum Wage Act ("PMWA"). Defendant denies liability, yet – like Plaintiff – it has settled to avoid the risk, delay, and expense of continued litigation and, therefore, does not oppose this motion. As is widely known, class action settlements are favored because they conserve "substantial judicial resources" and enable parties to "gain significantly from avoiding the costs and risks of a lengthy and complex trial." *In re GMC Pick-Up Truck Fuel Tank Products Liability Litig.*, 55 F.3d 768, 784 (3d Cir. 1995).

With the assistance of Magistrate Judge Reid, the lawsuit has been settled on behalf of a class comprised of Plaintiff and 58 other current and former hourly bartenders and servers (together, "class members") at Defendant's Logan Inn restaurant.

The settlement requires Defendant to make a *non-reversionary* payment of $100,000. *See* Agreement at ¶ 2. Class members are *not* required to complete a "claim form" or any other documents in order to receive a settlement payment. *See id.* at ¶ 10. Rather, settlement

payments will be made to all class members other than those who affirmatively exclude themselves from the settlement.  *See id.*  This settlement payment represents an excellent outcome for the class members and is the result of arms-length bargaining conducted after sufficient discovery.

As will be detailed in Plaintiff's brief accompanying this motion, the Court should preliminarily approve the settlement, endorse the class notice form and process contemplated in the Agreement, conditionally certify the settlement class, appoint Winebrake & Santillo, LLC to serve as interim class counsel, and schedule a final fairness hearing.

**WHEREFORE**, Plaintiff respectfully asks that the Court grant this motion and enter the accompanying proposed order.

Date:  August 20, 2024                             Respectfully,


                                                    */s/ Michelle Tolodziecki*
                                                    Peter Winebrake
                                                    Michelle Tolodziecki
                                                    Winebrake & Santillo, LLC
                                                    715 Twining Road, Suite 211
                                                    Dresher, PA 19025
                                                    (215) 884-2491