IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRAHAM LUNDEEN**, *Plaintiff,* v. **10 WEST FERRY STREET OPERATIONS LLC d/b/a/ LOGAN INN**, *Defendant.* | Case No. 2:24-cv-00109-JDW |

### ORDER

**AND NOW**, this 9th day of October, 2024, upon consideration of Plaintiff Graham Lundeen's Unopposed Motion For Preliminary Approval Of Class Action Settlement And Other Related Relief (ECF No. 26), and for the reasons set forth in the accompanying Memorandum, as well as the reasons stated on the record in open Court at the hearing on October 1, 2024, it is **ORDERED** as follows:

1. Mr. Lundeen's Unopposed Motion For Preliminary Approval Of Class Action Settlement And Other Related Relief (ECF No. 26) is **DENIED**; and

2. On or before October 23, 2024, the Parties shall submit a joint status letter via email to chambers_of_judge_wolson@paed.uscourts.gov, advising me as to how they wish to proceed with the above-captioned matter.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.